## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE  DIVISION

| | | |
|---|---|---|
| **JONATHAN FRANCIS OWEN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:22CV00677 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **#72 LT. MACKEY, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |
| | ) | |

*Jonathan Francis Owen, Pro Se Plaintiff.*

The plaintiff, a prisoner proceeding pro se, filed two civil rights actions against jail officials, pursuant to 42 U.S.C. § 1983—this case and *Owen v. Billinter*, No. 7:22CV000675.   Both Complaints, which named different officers as defendants, appeared to describe the same incident that occurred at the Northwestern Regional Adult Detention Center and alleged similar claims of excessive force and sexual harassment.  The court informed Owen that if he wanted to pursue one civil action concerning these related claims and events, he could file an Amended Complaint in No. 7:22CV000675, and he has done so.  As Owen's actions signal his intent to pursue only one case, I will dismiss this remaining case without prejudice.

ENTER:   February 16, 2023

/s/  JAMES P. JONES
Senior United States District Judge